ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 6, 2016  
START: 2:00 p.m.  
END: 3:30 pm

DOCKET NO: 15-CV-5230 (PKC)  
CASE: Jones, et al. v. City of New York, et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☑ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** / **ATTORNEY**

| | |
|---|---|
| | Edward Zaloba |
| | J.T. Marten |
| | |

**DEFENDANT** / **ATTORNEY**

| | |
|---|---|
| | Katherine Byrne |
| | |
| | |

☑ fact DISCOVERY TO BE COMPLETED BY July 20, 2016  
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____  
☑ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY 8/10/16  
☑ PL. TO SERVE DEF. BY: 7/27/16    DEF. TO SERVE PL. BY: 8/3/16

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's global settlement proposal by May 11, 2016.