UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID JONES, et al.,

                Plaintiffs,                  **ORDER**

              -against-                  15-CV-5230 (PKC)

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      The parties have informed this Court that they have accepted its settlement proposal. They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **June 10, 2016**.

      The Clerk is directed to docket and serve this Order via ECF.

      SO ORDERED.

Dated:    Brooklyn, New York
            May 11, 2016

                                /s/ *Roanne L. Mann*
                                **ROANNE L. MANN**
                                **CHIEF UNITED STATES MAGISTRATE JUDGE**