UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DAVID JONES and PROCTOR F. MARTIN,

                                                       Plaintiffs,

                      -against-

THE CITY OF NEW YORK and THE NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER WILLIAM
NEVILLE, TAX REG. 949390, POLICE OFFICER JUNIOR
CELESTIN, TAX REG. 941524, SERGEANT JASON WOLF,
POLICE OFFICER ARIANA ESTEBAN, POLICE OFFICER
LIAM HEALY, POLICE OFFICER BRETT DEVINE,
POLICE OFFICER WILLIAM CLEMENS, POLICE
OFFICER RYAN QUARTE, AND OTHER UNIDENTIFIED
NEW YORK CITY POLICE OFFICERS INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITY,

                                                      Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 5230 (PKC) (RLM)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2016

| | |
|---|---|
| EDWARD ZALOBA<br>*Attorney for Plaintiffs*<br>118-21 Queens Boulevard, Suite 504<br>Forrest Hills, New York 11375<br>(718) 261-3000<br><br>By: _____<br>    Edward Zaloba  5-26-16<br>    *Attorney for Plaintiffs* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Katherine A. Byrns<br>    *Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. ROANNE L. MANN<br>UNITED STATES MAGISTRATE JUDGE<br><br>Dated: _____, 2016 |